IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | } | Case No. 3:18-bk-07415 |
| VALERIE MICHELLE MALONE | } | |
| 3210 LINCOLN AVENUE | } | Chapter 13 |
| Nashville, TN 37218 | } | |
| SSN: xxx-xx-8689 | } | Judge Charles M Walker |
| | } | |
| Debtor | } | |

## ORDER DENYING TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO CONFIRM PLAN

This matter came before the court on January 23, 2019 upon the Trustee's Motion to Dismiss case for failure to confirm plan. The Debtor having confirmed her Chapter 13 plan by separate order; IT IS HEREBY ORDERED that the Trustee's Motion to Dismiss for failure to confirm plan shall be DENIED.

IT IS SO ORDERED.

*This order was electronically signed and entered as indicated at the top of the first page.*

APPROVED FOR ENTRY:
___*/s/ Daniel Castagna*_____
Daniel Castagna, BPR #022721
Attorney for Debtor
1900 Church St, Suite 400
Nashville, TN 37203
(615) 255-2893
fax: (615) 242-8849
cm-ecf@jamesflexerconsumerlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2019 I furnished a true and correct copy of the foregoing to the following parties in interest:

Henry E. Hildebrand, III      Electronic
Chapter 13 Trustee
P.O. Box 340019
Nashville, TN 37203

U.S. Trustee      Electronic
318 Customs House, 701 Broadway
Nashville, TN 37203

Valerie Malone      U. S. Mail First Class
3210 Lincoln Ave
Nashville, TN 37218

3 notices have been served.

I have mailed 1 notice.

*/s/ Daniel Castagna*
Daniel Castagna